# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**RICKEY A. DIXON**                                                                                           **PLAINTIFF**

v.                                     Case No. 4:23-CV-00049-LPR

**RENATA MITCHELL,**
**Site Manager**                                                                                              **DEFENDANT**

## ORDER

On March 6, 2023, I explained the many deficiencies in Mr. Dixon's original Complaint. I gave him 45 days to file an amended complaint.[1] I warned him that failure to do so would result in the dismissal of his case.[2] Mr. Dixon has not filed an amended complaint. So his case will be dismissed pursuant to my March 6, 2023 Order. An *in forma pauperis* appeal of the instant Order or the March 6, 2023 Order (or the forthcoming Judgment) would not be taken in good faith.[3]

IT IS SO ORDERED this 10th day of May 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Am. Order (Doc. 4).

[2] *Id*.

[3] 28 U.S.C. § 1915(a)(3).