IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RICKEY A. DIXON**                                                                             **PLAINTIFF**

**v.**                                     **Case No. 4:23-CV-00049-LPR**

**RENATA MITCHELL,**
**Site Manager**                                                                              **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day and previous Orders, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED without prejudice. The Court certifies that an *in forma pauperis* appeal from this Judgment and the associated Orders would not be taken in good faith.[1]

IT IS SO ADJUDGED this 10th day of May 2023.

                                                                                          _____
                                                                                     LEE P. RUDOFSKY
                                                                                     UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).